UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP DUSSETT | CIVIL ACTION |
| VERSUS | NO. 09-6462 |
| JEFFERSON PARISH CORRECTIONAL CENTER, ET AL | SECTION "I" (4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Phillip Dussett's claims brought pursuant to 42 U.S.C. § 1983 against the defendants, the Jefferson Parish Correctional Center, the Jefferson Parish Sheriff's Office, Lieutenant Gary Cook, and Deputy Glenda Rabito are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e) and §1915A.

New Orleans, Louisiana, this  17th  day of May, 2010

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE